```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/11/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x

GRIMMOND BASCOM,

                              Plaintiff,    **SCHEDULING ORDER**

            -against-

                                                   07 CV 8051 (RJH)

THE CITY OF NEW YORK and POLICE OFFICERS
JOHN DOE 1 THROUGH 3,

                              Defendants.

------------------------------------------------------------------ x

1. **DESCRIPTION OF THE CASE**

    a. Izabel Olszowa Garcia
       *Attorney for Plaintiff*
       26 Court Street, Suite 1815
       Brooklyn, New York 11242
       (718) 855-4835
       FAX: (718) 624-4748

       Susan P. Scharfstein
       Assistant Corporation Counsel
       Office of New York City Corporation Counsel
       *Attorney for Defendant City of New York*
       100 Church Street
       New York, New York 10007
       (212) 227-4071
       FAX: (212) 788-9776

    b. This action is brought pursuant to 42 U.S.C. § 1983 and the Fourth and Fourteenth Amendments to the United States Constitution. Jurisdiction is conferred upon this Court by the aforesaid statutes and 28 U.S.C. §§ 1331 and 1343.

    c. Plaintiff asserts claims of false arrest, excessive force, an illegal strip search, and fabricated evidence.

d.  Whether defendant City of New York and defendant police officers subjected plaintiff to false arrest on September 19, 2006.

Whether defendant City of New York and defendant police officers subjected plaintiff to excessive force on September 19, 2006.

Whether defendant City of New York and defendant police officers subjected plaintiff to an illegal strip search on September 19, 2006.

e.  Plaintiff seeks compensatory and punitive damages, declaratory relief, an award of costs and attorneys' fees, and such other and further relief as the court deems just and proper.

2.  **PROPOSED CASE MANAGEMENT PLAN**

   a.  There are no pending motions.

   b.  Plaintiff may join additional parties on or before March 4, 2008.

   c.  Plaintiff may amend his complaint on or before March 4, 2008.

   d.  F.R.C. P. 26(a)(1) disclosures by January 11, 2008.

   Discovery to be completed by June 30, 2008.

   The parties do not contemplate expert discovery at this time.

   e.  Dispositive motions to be filed by ~~September 3~~ July 25, 2008.

   f.  Pretrial Order to be filed by September 3, 2008 if no dispositive motion is filed; if a dispositive motion is filed, the pretrial order shall be due 30 days after the court's decision on the motion.

   g.  A jury trial is requested. The trial should last 3-5 days. The case will be ready for trial by September 3, 2008.

2

3.  **CONSENT TO PROCEED BEFORE A MAGISTRATE JUDGE**

    The parties do not consent unanimously to proceed before a Magistrate Judge.

4.  **STATUS OF SETTLEMENT DISCUSSIONS**

    Plaintiff has not made a settlement demand. Counsel for plaintiff will confer with her client and thereafter the parties will engage in settlement discussions. The parties do not request a settlement conference at this time.

    5. A status conference shall be held on July 11, 2008 at 10'a.m.

SO ORDERED this 4 day of January, 2008
New York, New York

THE HONORABLE RICHARD J. HOLWELL
UNITED STATE DISTRICT JUDGE