BROOKLYN, NEW YORK 11242
(718) 855-4835  (646) 239-4330
FACSIMILE (718) 624-4748

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/12/08

February 27, 2008

VIA FACSIMILE
Honorable Richard J. Holwell
United States District Judge
Southern District of New York
500 Pearl Street, Room 2270
New York, New York 10007

RECEIVED
FEB 27 2008
CHAMBERS OF
RICHARD J. HOLWELL

RE: Bascom v. The City of New York, et al.
    07 CV 8051 (RJH)

Your Honor:

I represent the plaintiff in the above referenced matter. At the initial conference, the Court granted plaintiff leave to join additional parties and file an amended complaint by March 4, 2008. The parties have not yet been able to identify the officers involved in part because certain NYPD records listing the officers assigned to work during the relevant tour were destroyed in a flood. However, the parties are working cooperatively to identify the officers who may have been involved in the events alleged in the complaint. Plaintiff has provided descriptions of the officers with whom he had contact to defendants. Defendants will attempt, with this information, to identify the officers by name. The parties anticipate that this process may take several weeks. Accordingly, plaintiff respectfully requests that Your Honor extend the deadline for plaintiff to join additional parties and amend his complaint to April 4, 2008.

I have conferred with Assistant Corporation Counsel, Susan Scharfstein, and she consents to this application. This is plaintiff's first request for an extension.

Application Granted
SO ORDERED
[signature]
USDJ 3/11/08

Respectfully submitted,

[signature]
Izabel Olszowa Garcia, Esq. (IG2844)

cc: <u>Via Facsimile</u>
Corporation Counsel of the City of New York
Susan Scharfstein, Esq.
Assistant Corporation Counsel
100 Church Street
New York, New York 10007