UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x

GRIMMOND BASCOM,

                        Plaintiff,

       -against-

THE CITY OF NEW YORK, POLICE OFFICER
JASON REYNOLDS, shield no. 1513, SERGEANT
PETER LAVEZZO, shield no. 2621, POLICE
OFFICER JOHN PETRIE, shield no. 7575, and
DETECTIVE MEGAN O'MALLEY, shield no.
6355,

                        Defendants.

---------------------------------------------------------------x



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/1/08

STIPULATION AND ORDER OF SETTLEMENT AND DISMISSAL

07 CV 8051 (RJH)

**WHEREAS,** plaintiff commenced this action by filing a complaint on September 14, 2007, alleging violations of his civil rights; and

**WHEREAS,** defendants City of New York, Jason Reynolds, Peter Lavezzo, John Petrie, and Megan O'Malley have denied any and all liability arising out of plaintiff's allegations; and

**WHEREAS,** the parties now desire to resolve the issues raised in this litigation, without further proceedings and without admitting any fault or liability;

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, as follows:

      1.    The above-referenced action is hereby dismissed, with prejudice, and without costs, expenses, or fees in excess of the amount specified in paragraph "2" below.

2. The City of New York hereby agrees to pay plaintiff the sum of Fifteen Thousand Dollars ($15,000.00) in full satisfaction of all claims, including claims for costs, expenses and attorneys' fees. In consideration for the payment of this sum, plaintiff agrees to dismissal of all of the claims against defendants City of New York, Jason Reynolds, Peter Lavezzo, John Petrie, and Megan O'Malley, and to release the defendants, and any present or former employees or agents of the City of New York, the New York City Police Department, and any other agency of the City of New York, from any and all liability, claims, or rights of action arising from and contained in the amended complaint in this action, including claims for costs, expenses and attorneys' fees. Plaintiff agrees that payment of $15,000.00 within 90 days of the date the Court "So Orders" this Stipulation and Order shall be a reasonable time for such payment.

3. Plaintiff shall execute and deliver to defendants' attorney all documents necessary to effect this settlement, including, without limitation, a release based on the terms of paragraph "2" above and an Affidavit of No Liens.

4. Nothing contained herein shall be deemed to be an admission by any of the defendants that they have in any manner or way violated plaintiff's rights, or the rights of any other person or entity, as defined in the constitutions, statutes, ordinances, rules or regulations of the United States, the State of New York, or the City of New York or any other rules, regulations or bylaws of any department or subdivision of the City of New York. This stipulation shall not be admissible in, nor is it related to, any other litigation or settlement negotiations.

5. Nothing contained herein shall be deemed to constitute a policy or practice of the City of New York or the New York City Police Department.

6. This Stipulation and Order contains all the terms and conditions agreed upon by the parties hereto, and no oral agreement entered into at any time nor any written agreement entered into prior to the execution of this Stipulation and Order regarding the subject matter of the instant proceeding shall be deemed to exist, or to bind the parties hereto, or to vary the terms and conditions contained herein.

Dated: New York, New York
June 26, 2008

| | |
|---|---|
| IZABEL OLSZOWA GARCIA, ESQ.<br>Attorney at Law<br>26 Court Street, Suite 1815<br>Brooklyn, NY 11242<br>(718) 855-4835 | MICHAEL A. CARDOZO<br>Corporation Counsel of the City of<br>  New York<br>Attorney for Defendants<br>100 Church Street<br>New York, NY 10007<br>(212) 227-4071 |
| By: _____<br>Izabel Olszowa Garcia (IG 2844) | By: _____<br>Susan P. Scharfstein (SS 2476) |

SO ORDERED: 6/30/08

_____
RICHARD HOLWELL, U.S.D.J.

The Clerk is requested to close this case